John A. Lipinsky
ARDC: 6207678
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532
T: (630) 428-2660
F: (630) 428-2549
E-Mail: jlipinsky@comananderson.com

Patrick A. Clisham
SBA # 023154
Engelman Berger, PC
3636 North Central Avenue
Suite 700
Phoenix, AZ 85012
T: (602) 271-9090
F: (602) 222-4999
E-mail: pac@engelmanberger.com

*Attorneys for Bassgar-Illinois, Inc. dba Grant's Appliance, Electronics and More*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>BBZ RESOURCE MANAGEMENT, INC.,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>Case No. 2:09-bk-14825-CGC<br><br>**NOTICE OF RULE 2004 EXAMINATION** |

**NOTICE IS HEREBY GIVEN** pursuant to Fed.R.Civ.P. 30 and Fed.R.Bankr.P. 2004 and 7030, and this Court's *"Order Granting Routine Motion of Grant's Appliance, Electronics and More to Conduct a Rule 2004 Examination of the Debtor and Third Parties and Request for Production of Documents"* entered on May 24, 2010 (the "Order"), that the Bankruptcy Rule 2004 examination of Justin Elenberg ("Elenberg") will be taken at the date and time set forth below:

    **DATE:** April 12, 2012

    **TIME:** 1:00 p.m.

**LOCATION:** Law Offices of Engelman Berger, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

DATED this 12th day of March, 2012.

    Coman & Anderson, P.C.
    2525 Cabot Drive, Suite 300
    Lisle, Illinois 60532

    And

    **ENGELMAN BERGER, P.C.**
    3636 North Central Avenue, Suite 700
    Phoenix, Arizona 85012

    By:   SBA #023154
           Patrick A. Clisham

    Attorneys for Bassgar-Illinois, Inc. d/b/a Grant's
    Appliance, Electronics and More

COPY of the foregoing served as indicated*
on this 12th day of March, 2012 to:

Jess A. Lorona
Lorona Steiner Ducar, Ltd.
3003 N. Central Avenue, Suite 1500
Phoenix, AZ 85012
*Email: jlorona@azlawyers.com
Attorney for Justin Elenberg

Kyle S. Hirsch
Bryan Cave, LLP
2 North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
*Email: kyle.hirsch@bryancave.com
Attorney for Debtor and Chapter 11 Trustee P. Gregg Curry

Richard J. Cuellar
Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706
*Email: ric.j.cuellar@usdoj.gov

    */s/ Elizabeth A. Gray*