UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re: BBZ Resource Management, Inc. § Case No. 2:09-bk-14825-DPC
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

P. Gregg Curry, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $0.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $172,665.68 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $391,391.84 | | |

3) Total gross receipts of $212,770.45 (see **Exhibit 1)**, minus funds paid to the debtor and third parties of $40,104.77 (see **Exhibit 2**), yielded net receipts of $172,665.68 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

Case 2:09-bk-14825-DPC    Doc 356    Filed 06/06/13    Entered 06/06/13 12:24:32    Desc
Main Document    Page 1 of 7

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) |  |  |  |  |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  | $142,584.41 | $142,584.41 | $142,584.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  | $248,807.43 | $248,807.43 | $30,081.27 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $28,501.00 |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,028,679.86 |  |  |  |
| **TOTAL DISBURSEMENTS** | $2,057,180.86 | $391,391.84 | $391,391.84 | $172,665.68 |

4) This case was originally filed under chapter 11 on 06/29/2009 & was converted to chapter 7 on 06/29/2010. The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/05/2013       By: _____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Funds from Chapter 11 Accounts | 1290 | $12,202.45 |
| Liquidation of Other Schedule B Property | 1129 | $568.00 |
| Litigation Settlments | 1149 | $200,000.00 |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$212,770.45** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Public Storage | Storage Fees | 2410 | $311.18 |
| International Sureties Ltd. | Surety Bond Payments | 2300 | $455.00 |
| Cintas Document Management | Document Destruction Fees | 2990 | $1,800.00 |
| The Doyle Law Group | Special Counsel BBZ/Kidz-Idz Litigation | 8500 | $37,538.59 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$40,104.77** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | $0.00 | | | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | | | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chapter 7 Trustee | 6310 | N/A | $13,888.52 | $13,888.52 | $13,888.52 |
| United States Trustee | 2950 | N/A | $325.00 | $325.00 | $325.00 |
| The Fleischman Law Firm | 3721 | N/A | $1,150.00 | $1,150.00 | $1,150.00 |
| Navigant Consulting | 3310 | N/A | $78,042.75 | $78,042.75 | $78,042.75 |
| Navigant Consulting | 3320 | N/A | $128.79 | $128.79 | $128.79 |
| Bryan Cave | 3110 | N/A | $47,463.00 | $47,463.00 | $47,463.00 |
| Bryan Cave | 3120 | N/A | $1,586.35 | $1,586.35 | $1,586.35 |
| | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $142,584.41 | $142,584.41 | $142,584.41 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Navigant Consulting | 6310 | N/A | $116,925.50 | $116,925.50 | $14,136.49 |
| Navigant Consulting | 6320 | N/A | $3,334.62 | $3,334.62 | $403.16 |
| Bryan Cave | 6110 | N/A | $45,812.50 | $45,812.50 | $5,538.82 |
| Bryan Cave | 6120 | N/A | $1,779.60 | $1,779.60 | $215.16 |
| Law Group of Daniel Garrison | 6210 | N/A | $79,720.00 | $79,720.00 | $9,638.30 |
| Law Group of Daniel Garrison | 6220 | N/A | $1,235.21 | $1,235.21 | $149.34 |
| | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $248,807.43 | $248,807.43 | $30,081.27 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | $28,501.00 | | | $0.00 |
| | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $28,501.00 | | | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | $2,028,679.86 | | | $0.00 |
| | | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,028,679.86 | | | $0.00 |

UST Form 101-7-TDR (10/1/2010)

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT (FORM 1)
## ASSET CASES

**Case No:** 2:09-BK-14825-DPC  
**Case Name:** BBZ Resource Management, Inc.  
For Period Ending 5/31/2013

**Trustee Name:** GREGG CURRY  
**Date Filed (f) or Converted (c ):** 06/29/2010 (C )  
**341(a) Meeting Date:** 08/13/2010  
**Claims Bar Date:** 11/12/2010

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled Property) | Petition / Unscheduled Value | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA = 554(a) abandon DA = 554© abandon) | Sales/Funds Received by the Estate | Asset Fully Administered (F/A)/Gross Value of Remaining Assets |
| 1 | Chapter 11 Trustee Bank Funds | $ 12,202.45 | $ 12,202.45 | | $ 12,202.45 | FA |
| 2 | Office Equipment Held by Sierra Auction | $ 3,000.00 | $ 3,000.00 | | $ 568.00 | FA |
| 3 | Contingent Claim - KIDZ-IDz Litigation | UNKNOWN | $ 200,000.00 | | $ 200,000.00 | FA |
| 4 | Contingent Claim - Omni Prepaid, LLC | UNKNOWN | $ - | | $ - | FA |
| | **Totals (Excluding Unknown Values)** | **$ 15,202.45** | **$ 215,202.45** | | **$ 212,770.45** | **Gross Value of Remaining Assets $ -** |

Major Activities affecting case closing:
   None

CASH RECEIPTS AND DISBURSEMENTS RECORD (FORM 2)

Case No: 2:09-BK-14825-DPC  
Case Name: BBZ Resource Management, Inc.  
Taxpayer ID #: 43-2066178  
For Period Ending: 5/31/2013

Trustee Name: GREGG CURRY  
Bank Name: Alliance Bank of Arizona  
Account #: 8010267790

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Form 1 Ref # | Paid To / Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Check Account Balance |
| 6/29/2010 | 1 | Chapter 11 Trustee Bank Funds | Chapter 11 Trustee Funds as of 6/29/2010 | 1290 | $ 12,202.45 | | $ 12,202.45 |
| 7/28/2010 | 995007 | Public Storage | Storage fee for property held at storage facility. | 2410 | | $ 86.70 | $ 12,115.75 |
| 8/30/2010 | 995008 | Public Storage | Storage fee for property held at storage facility. | 2410 | | $ 86.70 | $ 12,029.05 |
| 9/24/2010 | 2 | Sierra Auction Mgmt. | Sales proceeds from office equipment sold in auction. | 1129 | $ 568.00 | | $ 12,597.05 |
| 9/27/2010 | 995011 | Public Storage | Storage fee for property held at storage facility. | 2410 | | $ 25.54 | $ 12,571.51 |
| 10/15/2010 | 995012 | Public Storage | Storage fee for property held at storage facility. | 2410 | | $ 93.84 | $ 12,477.67 |
| 10/27/2010 | 995013 | Public Storage | Storage fee for property held at storage facility. | 2410 | | $ 18.40 | $ 12,459.27 |
| 10/28/2010 | 1005 | International Sureties Ltd. | Surety bond payment - 43B5FL4354 | 2300 | | $ 100.00 | $ 12,359.27 |
| 11/1/2010 | 1006 | Cintas Document Management | Fee for destruction of property held at storage facility | 2990 | | $ 1,800.00 | $ 10,559.27 |
| 12/12/2011 | 1007 | International Sureties Ltd. | Surety bond payment - 43B5FL4354 | 2300 | | $ 100.00 | $ 10,459.27 |
| 8/17/2012 | 3 | Chartis - Kidz Idz Settlement | Settlement Proceeds received from BBZ/Kidz-Idz Litigation | 1149 | $ 200,000.00 | | $ 210,459.27 |
| 9/28/2012 | 1010 | Bryan Cave | Fees and Expenses for period 6/30/2010 to 1/31/2012 per Order Approving 1st Interim Application of Bryan Cave dated 7/2/2012 and 1st Interim Application of Bryan Cave dated 3/12/2012. ($22,409 Fees and $1,208.77 Expenses) | 3110 | | $ 23,617.77 | $ 186,841.50 |
| N/A | 1009 | VOID | VOID | | | $ - | $ 186,841.50 |
| 10/1/2012 | 1008 | Navigant Consulting | Fees and Expenses for period 6/29/2010 to 12/31/2011 per Orders Approving 2nd & 3rd Interim Applications of Navigant Consulting dated 4/12/2012 and 7/9/2012 and 2nd & 3rd InterimApplications of Navigant Consulting dated 1/28/2011 and 3/7/2012. ($60,870.25 Fees and $128.79 Expenses) | 3310 | | $ 60,999.04 | $ 125,842.46 |
| 10/8/2012 | 1012 | The Doyle Law Group | Contingency Fee for Special Counsel in BBZ/Kidz-Idz Litigation | 3110 | | $ 37,538.59 | $ 88,303.87 |
| 10/13/2012 | 1013 | International Sureties Ltd. | Surety bond payment - 43B5FL4354 | 2300 | | $ 255.00 | $ 88,048.87 |
| 12/12/2012 | 1014 | Navigant Consulting | Fees for period 1/1/2012 to 9/30/2012 per Order Approving 1st Supplement to 3rd and Final Application of Navigant Consulting dated 12/3/2012 and 1st Supplement to 3rd and Final Application of Navigant Consulting dated 10/18/2012 | 3310 | | $ 17,172.50 | $ 70,876.37 |
| 12/13/2012 | 1015 | Bryan Cave | Fees and Expenses for period 2/1/2012 to 10/17/2012 per Order Approving 2nd and Final Application of Bryan Cave dated 12/3/2012 and 2nd and Final Application of Bryan Cave dated 10/26/2012. ($25,054.00 Fees and $377.58 Expenses) | 3110 | | $ 25,431.58 | $ 45,444.79 |
| 2/8/2013 | 1016 | The Fleischman Law Firm, P.C. | Fees for Mediator Services provided by Lawerence Fleischmen in BBZ/Kidz-Idz litigation per Order Approving Application for Adminsitrative Expense Claim of Mediator Larry Fleischman dated 2/6/13. | 3721 | | $ 1,150.00 | $ 44,294.79 |
| 4/17/2013 | 1017 | Navigant Consulting | Chapter 7 Trustee Fees totaling $13,888.52 and Navigant Consulting Pro-Rata Chapter 11 Fees and Expenses from 1st Fee Application dated 7/27/2012 totaling $14,411.46 ($14,011.85 Fees and $399.61 Expenses) | 6310 | | $ 28,299.98 | $ 15,994.81 |
| 4/17/2013 | 1018 | Bryan Cave | Bryan Cave Pro-Rata Chapter 11 Fees and Expenses from 1st Fee Application dated 7/2/2012 totaling $5,703.24 ($5,489.98 Fees and $213.26 Expenses) | 6110 | | $ 5,703.24 | $ 10,291.57 |
| 4/17/2013 | 1019 | Law Group of Daniel E. Garrison | Law Group of Daniel E. Garrison Pro-Rata Chapter 11 Fees and Expenses from 1st Fee Application dated 8/13/2012 totaling $9,701.33 ($9,553.31 Fees and $148.02 Expenses) | 6210 | | $ 9,701.33 | $ 590.24 |
| 4/17/2013 | 1020 | United States Trustee | United States Trustee Fees for 2nd Quarter 2010 per Administrative Proof of Claim filed 8/18/2010 | 2950 | | $ 325.00 | $ 265.24 |
| 4/17/2013 | 1021 | Void - United States Treasury | Claim paid to and subsequently returned by the United States Treasury/IRS totaling $265.24 for Proof of Claims filed by the IRS on 11/30/2009 and subsequently withdrawn according to the IRS. | 6810 | | $ - | $ 265.24 |
| 4/26/2013 | 1022 | Navigant Consulting | Re-allocation and pro-rata distribution to Chapter 11 Claimants of claims paid to and subsequently returned by the United States Treasury/IRS totaling $265.24. ($124.64 Fees and $3.55 Expenses) | 6310 | | $ 128.19 | $ 137.05 |
| 4/26/2013 | 1023 | Bryan Cave | Re-allocation and pro-rata distribution to Chapter 11 Claimants of claims paid to and subsequently returned by the United States Treasury/IRS totaling $265.24. ($48.84 Fees and $1.90 Expenses) | 6110 | | $ 50.74 | $ 86.31 |
| 4/26/2013 | 1024 | Law Group of Daniel E. Garrison | Re-allocation and pro-rata distribution to Chapter 11 Claimants of claims paid to and subsequently returned by the United States Treasury/IRS totaling $265.24. ($84.99 Fees and $1.32 Expenses) | 6210 | | $ 86.31 | $ (0) |

| | | |
|---|---|---|
| **COLUMN TOTALS** | $ 212,770.45  $ 212,770.45  $ - | |
| Less: Bank Transfers/CD | $ -  $ -  $ - | |
| **Sub-Total** | $ 212,770.45  $ 212,770.45  $ - | |
| Less: Payments to Debtors | $ -  $ -  $ - | |
| **Net** | $ 212,770.45  $ 212,770.45  $ - | |

EXHIBIT 9